Kevin Hughey (SBN 197323)
Noah Phillips (SBN 191991)
Galen M. Gentry (SBN 308873)
**HUGHEY PHILLIPS, LLP**
520 9th Street, Suite 230
Sacramento, CA 95814
Telephone: (916) 758-2100
Facsimile: (916) 758-2200
khughey@hugheylawgroup.com
nphillips@hugheylawgroup.com
ggentry@hugheylawgroup.com

*Attorneys for Plaintiffs*
WESLEY MIYAKE and LIRA HAN

Jihee Ahn (SBN 292659)
jihee@harrisbricken.com
Jesse Mondry (to be admitted *pro hac vice*)
jesse@harrisbricken.com
**HARRIS BRICKEN MCVAY SLIWOSKI LLP**
555 West 5th Street, Suite 3110
Los Angeles, CA 90013
Telephone: (415) 200-0648

*Attorneys for Defendant*
MOJAVE JANE BRANDS, INC.
(f/k/a HIGH HAMPTON HOLDINGS CORP.)

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| WESLEY MIYAKE, an individual, and LIRA HAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGH HAMPTON HOLDINGS CORP., a company organized and existing under the laws of British Columbia in the Country of Canada,<br><br>Defendant. | Case No. 2:19-cv-01043-WBS-AC<br><br>[Honorable William B. Shubb]<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER [L.R. 143, 144]**<br><br>Date Action Filed: June 6, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District of California Local Rules 143 and 144, Plaintiffs WESLEY MIYAKE and LIRA HAN (collectively, "Plaintiffs") and Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on June 6, 2019;

WHEREAS, Plaintiffs served the Summons and Complaint upon Defendant on July 2, 2019;

WHEREAS, Defendant initially had up to and including September 3, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the first stipulation to extend time for Defendant to respond to the Complaint on August 26, 2019;

WHEREAS, Defendant then had up to and including September 17, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the second stipulation to extend time for Defendant to respond to the Complaint on September 11, 2019;

WHEREAS, Defendant has up to and including October 1, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties came to an initial tentative settlement agreement on or around September 25, 2019;

WHEREAS, in light of ongoing negotiations to finalize the settlement agreement, the Parties have agreed, pursuant to Local

Rules 143 and 144, to respectfully request this Court's approval of a third extension of time, so that Defendant shall now have up to and including October 29, 2019 to move, plead, or otherwise respond to the Complaint (an extension of 28 days); and

WHEREAS, the requested extension will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court enter an Order that the time within which Defendant shall respond to the Complaint is extended from October 1, 2019 to October 29, 2019.

IT IS SO STIPULATED.

Dated: October 1, 2019      HUGHEY PHILLIPS, LLP

                            By: */s/ Galen M. Gentry*
                                Kevin Hughey
                                Noah Phillips
                                Galen M. Gentry
                                *Attorneys for Plaintiffs*
                                WESLEY MIYAKE and LIRA HAN

Dated: October 1, 2019      HARRIS BRICKEN MCVAY SLIWOSKI LLP

                            By: */s/ Jihee Ahn*
                                Jihee Ahn
                                Jesse Mondry
                                *Attorneys for Defendant*
                                MOJAVE JANE BRANDS, INC.

**ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the time within which Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp., shall respond to the Complaint is extended from October 1, 2019 to October 29, 2019.

Dated: October 1, 2019

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE