Kevin Hughey, SBN 197323
Noah Phillips, SBN 191991
Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
E-Mail: khughey@hugheyphillipsllp.com
nphillips@hugheyphillipsllp.com
ggentry@hugheyphillipsllp.com

Attorneys for Plaintiffs


Jihee Ahn (SBN 292659)
jihee@harrisbricken.com
Jesse Mondry (admitted *pro hac vice*)
jesse@harrisbricken.com
HARRIS BRICKEN MCVAY SLIWOSKI LLP
555 West 5th Street, Suite 3110
Los Angeles, CA 90013
Telephone: (415) 200-0648

*Attorneys for Defendant*
MOJAVE JANE BRANDS, INC.
(f/k/a HIGH HAMPTON HOLDINGS CORP.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WESLEY MIYAKE, an individual, and LIRA HAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HIGH HAMPTON HOLDINGS CORP., a British Columbia company,<br><br>Defendant. | Case No.: 2:19-cv-01043-WBS-AC<br><br>**FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [L.R. 143, 144]; [PROPOSED] ORDER**<br><br>Action Filed: June 6, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District of California Local Rules 143 and 144, Plaintiffs WESLEY MIYAKE and LIRA HAN (collectively, "Plaintiffs") and Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on June 6, 2019;

WHEREAS, Plaintiffs served the Summons and Complaint upon Defendant on July 2, 2019;

WHEREAS, Defendant initially had up to and including September 3, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the first stipulation to extend time for Defendant to respond to the Complaint on August 26, 2019;

WHEREAS, Defendant has up to and including September 17, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, Defendant then had up to and including September 17, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the second stipulation to extend time for Defendant to respond to the Complaint on September 11, 2019;

WHEREAS, Defendant has up to and including October 1, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the third stipulation to extend time for Defendant to respond to the Complaint on September 30, 2019;

WHEREAS, Defendant has up to and including October 29, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties are currently finalizing their settlement agreement;

WHEREAS, in light of ongoing settlement negotiations, the Parties have agreed pursuant to Local Rules 143 and 144, to respectfully request this Court's approval of a fourth extension of time, so that Defendant shall now have up to and including November 29, 2019 to move, plead, or otherwise

1 respond to the Complaint; and

2 WHEREAS, the requested extension will not alter the date of any event or deadline already
3 fixed by Court order.

4 NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED
5 that this Court enter an Order that the time within which Defendant shall respond to the Complaint is
6 extended from October 29, 2019 to November 29, 2019.

7 IT IS SO STIPULATED.

8

9 Dated: October 25, 2019                    HUGHEY PHILLIPS, LLP

10

11                                           _____/s/_ *Galen M. Gentry*_____
                                             Kevin Hughey
12                                           Noah Phillips
                                             Galen M. Gentry
13                                           Attorneys for Plaintiffs

14

15 Dated: October 25, 2019                    HARRIS BRICKEN MCVAY SLIWOSKI LLP

16

17                                           ____*/s/ Jihee Ahn*_____
                                             Jihee Ahn
18                                           Jesse Mondry
                                             Attorneys for Defendant

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the time within which Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp., shall respond to the Complaint is extended from October 29, 2019 to November 29, 2019.

Dated: October 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE