Kevin Hughey, SBN 197323
Noah Phillips, SBN 191991
Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
E-Mail: khughey@hugheyphillipsllp.com
        nphillips@hugheyphillipsllp.com
        ggentry@hugheyphillipsllp.com

Attorneys for Plaintiffs


Jihee Ahn (SBN 292659)
jihee@harrisbricken.com
Jesse Mondry (admitted *pro hac vice*)
jesse@harrisbricken.com
HARRIS BRICKEN MCVAY SLIWOSKI LLP
555 West 5th Street, Suite 3110
Los Angeles, CA 90013
Telephone: (415) 200-0648

*Attorneys for Defendant*
MOJAVE JANE BRANDS, INC.
(f/k/a HIGH HAMPTON HOLDINGS CORP.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WESLEY MIYAKE, an individual, and LIRA HAN, an individual, | Case No.: 2:19-cv-01043-WBS-AC |
| Plaintiffs, | **FIFTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [L.R. 143, 144]; ORDER** |
| v. | |
| HIGH HAMPTON HOLDINGS CORP., a British Columbia company, | Action Filed: June 6, 2019 |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District of California Local Rules 143 and 144, Plaintiffs WESLEY MIYAKE and LIRA HAN (collectively, "Plaintiffs") and Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on June 6, 2019;

WHEREAS, Plaintiffs served the Summons and Complaint upon Defendant on July 2, 2019;

WHEREAS, Defendant initially had up to and including September 3, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the first stipulation to extend time for Defendant to respond to the Complaint on August 26, 2019;

WHEREAS, Defendant has up to and including September 17, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the second stipulation to extend time for Defendant to respond to the Complaint on September 11, 2019;

WHEREAS, Defendant has up to and including October 1, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the third stipulation to extend time for Defendant to respond to the Complaint on September 30, 2019;

WHEREAS, Defendant has up to and including October 29, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the fourth stipulation to extend time for Defendant to respond to the Complaint on October 25, 2019;

WHEREAS, Defendant has up to and including November 29, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties are in their final stages of finalizing their settlement agreement;

WHEREAS, in light of ongoing settlement negotiations, the Parties have agreed pursuant to

Local Rules 143 and 144, to respectfully request this Court's approval of a fifth extension of time, so that Defendant shall now have up to and including December 20, 2019 to move, plead, or otherwise respond to the Complaint; and

WHEREAS, the requested extension will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court enter an Order that the time within which Defendant shall respond to the Complaint is extended from November 29, 2019 to December 20, 2019.

IT IS SO STIPULATED.

Dated: November 22, 2019           HUGHEY PHILLIPS, LLP


                                    _____/s/_ *Galen M. Gentry*_____
                                    Kevin Hughey
                                    Noah Phillips
                                    Galen M. Gentry
                                    Attorneys for Plaintiffs


Dated: November 22, 2019           HARRIS BRICKEN MCVAY SLIWOSKI LLP


                                    ____*/s/ Jihee Ahn*_____
                                    Jihee Ahn
                                    Jesse Mondry
                                    Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the time within which Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp., shall respond to the Complaint is extended from November 29, 2019 to December 20, 2019.

Dated: November 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE