Kevin Hughey, SBN 197323
Noah Phillips, SBN 191991
Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
E-Mail: khughey@hugheyphillipsllp.com
         nphillips@hugheyphillipsllp.com
         ggentry@hugheyphillipsllp.com

Attorneys for Plaintiffs


Jihee Ahn (SBN 292659)
jihee@harrisbricken.com
Jesse Mondry (admitted *pro hac vice*)
jesse@harrisbricken.com
HARRIS BRICKEN MCVAY SLIWOSKI LLP
555 West 5th Street, Suite 3110
Los Angeles, CA 90013
Telephone: (415) 200-0648

*Attorneys for Defendant*
MOJAVE JANE BRANDS, INC.
(f/k/a HIGH HAMPTON HOLDINGS CORP.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WESLEY MIYAKE, an individual, and LIRA HAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HIGH HAMPTON HOLDINGS CORP., a British Columbia company, <br><br> Defendant. | Case No.: 2:19-cv-01043-WBS-AC <br><br> [Honorable William B. Shubb] <br><br> **SEVENTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [L.R. 143, 144]; [~~PROPOSED~~] ORDER** <br><br> Action Filed: June 6, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District of California Local Rules 143 and 144, Plaintiffs WESLEY MIYAKE and LIRA HAN (collectively, "Plaintiffs") and Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on June 6, 2019;

WHEREAS, Plaintiffs served the Summons and Complaint upon Defendant on July 2, 2019;

WHEREAS, Defendant initially had up to and including September 3, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the first stipulation to extend time for Defendant to respond to the Complaint on August 26, 2019;

WHEREAS, the Parties filed the second stipulation to extend time for Defendant to respond to the Complaint on September 11, 2019;

WHEREAS, the Parties filed the third stipulation to extend time for Defendant to respond to the Complaint on September 30, 2019;

WHEREAS, the Parties filed the fourth stipulation to extend time for Defendant to respond to the Complaint on October 25, 2019;

WHEREAS, the Parties filed the fifth stipulation to extend time for Defendant to respond to the Complaint on November 22, 2019;

WHEREAS, the Parties filed the sixth stipulation to extend time for Defendant to respond to the Complaint on December 20, 2019;

WHEREAS, Defendant has up to and including January 31, 2020 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties are in their final stages of finalizing their settlement agreement;

WHEREAS, in light of ongoing settlement negotiations, the Parties have agreed pursuant to Local Rules 143 and 144, to respectfully request this Court's approval of a seventh extension of time, so that Defendant shall now have up to and including February 28, 2020 to move, plead, or otherwise

respond to the Complaint; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court enter an Order that the time within which Defendant shall respond to the Complaint is extended from January 31, 2020 to February 28, 2020.

IT IS SO STIPULATED.

Dated: January 29, 2020     HUGHEY PHILLIPS, LLP

_____/s/ *Galen M. Gentry*_____
Kevin Hughey
Noah Phillips
Galen M. Gentry
Attorneys for Plaintiffs

Dated: January 29, 2020     HARRIS BRICKEN MCVAY SLIWOSKI LLP

_____*/s/ Jihee Ahn*_____
Jihee Ahn
Jesse Mondry
Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the time within which Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp., shall respond to the Complaint is extended from January 31, 2020 to February 28, 2020.

Dated: January 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
SEVENTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [L.R. 143, 144]; [PROPOSED] ORDER