Kevin Hughey, SBN 197323
Noah Phillips, SBN 191991
Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
E-Mail: khughey@hugheyphillipsllp.com
        nphillips@hugheyphillipsllp.com
        ggentry@hugheyphillipsllp.com

Attorneys for Plaintiffs


Jihee Ahn (SBN 292659)
jihee@harrisbricken.com
Jesse Mondry (admitted *pro hac vice*)
jesse@harrisbricken.com
HARRIS BRICKEN MCVAY SLIWOSKI LLP
555 West 5th Street, Suite 3110
Los Angeles, CA 90013
Telephone: (415) 200-0648

*Attorneys for Defendant*
MOJAVE JANE BRANDS, INC.
(f/k/a HIGH HAMPTON HOLDINGS CORP.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WESLEY MIYAKE, an individual, and LIRA HAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HIGH HAMPTON HOLDINGS CORP., a British Columbia company, <br><br> Defendant. | Case No.: 2:19-cv-01043-WBS-AC <br><br> [Honorable William B. Shubb] <br><br> **EIGHTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [L.R. 143, 144]; [~~PROPOSED~~] ORDER** <br><br> Action Filed: June 6, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District of California Local Rules 143 and 144, Plaintiffs WESLEY MIYAKE and LIRA HAN (collectively, "Plaintiffs") and Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on June 6, 2019;

WHEREAS, Plaintiffs served the Summons and Complaint upon Defendant on July 2, 2019;

WHEREAS, Defendant initially had up to and including September 3, 2019 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties filed the first stipulation to extend time for Defendant to respond to the Complaint on August 26, 2019;

WHEREAS, the Parties filed the second stipulation to extend time for Defendant to respond to the Complaint on September 11, 2019;

WHEREAS, the Parties filed the third stipulation to extend time for Defendant to respond to the Complaint on September 30, 2019;

WHEREAS, the Parties filed the fourth stipulation to extend time for Defendant to respond to the Complaint on October 25, 2019;

WHEREAS, the Parties filed the fifth stipulation to extend time for Defendant to respond to the Complaint on November 22, 2019;

WHEREAS, the Parties filed the sixth stipulation to extend time for Defendant to respond to the Complaint on December 20, 2019;

WHEREAS, the Parties filed the seventh stipulation to extend time for Defendant to respond to the Complaint on January 29, 2020;

WHEREAS, Defendant has up to and including February 28, 2020 to move, plead, or otherwise respond to the Complaint;

WHEREAS, the Parties are in their final stages of finalizing their settlement agreement;

WHEREAS, in light of ongoing settlement negotiations, the Parties have agreed pursuant to

Local Rules 143 and 144, to respectfully request this Court's approval of a eighth extension of time, so that Defendant shall now have up to and including March 31, 2020 to move, plead, or otherwise respond to the Complaint; and

WHEREAS, the Parties also request that the Court vacate the Scheduling Conference currently scheduled for March 30, 2020 and the corresponding deadline to file the amended joint status report.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court enter an Order that the time within which Defendant shall respond to the Complaint is extended from February 28, 2020 to March 31, 2020 and that the Court vacate the Scheduling Conference currently scheduled for March 30, 2020 and the corresponding deadline to file their amended joint status report.

IT IS SO STIPULATED.

Dated: February 27, 2020    HUGHEY PHILLIPS, LLP

_____/s/_ *Galen M. Gentry*_____
Kevin Hughey
Noah Phillips
Galen M. Gentry
Attorneys for Plaintiffs


Dated: February 27, 2020    HARRIS BRICKEN MCVAY SLIWOSKI LLP

_____*/s/ Jihee Ahn*_____
Jihee Ahn
Jesse Mondry
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the time within which Defendant MOJAVE JANE BRANDS, INC., formerly known as High Hampton Holdings Corp., shall respond to the Complaint is extended from February 28, 2020 to March 31, 2020 and that the Scheduling Conference currently set for March 30, 2020 is continued to **May 26, 2020 at 1:30 p.m.**, to be automatically vacated upon the parties' submission of a stipulated dismissal. The parties shall file an amended joint status report no later than **May 12, 2020** if settlement has not been finalized by that date.

Dated: February 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE